# CASE ANNOUNCEMENTS

*February 12, 2010*

[Cite as *02/12/2010 Case Announcements*, 2010-Ohio-450.]

## MOTION AND PROCEDURAL RULINGS

**2010–0248.   State ex rel. Manuel v. Stenson.**
Montgomery App. No. 23583. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and shall proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Montgomery County. Appellant shall file his merit brief within 40 days of the filing of the record with the Clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 to 6.7.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1:

**2009–2335.   State ex rel. Walter v. Indus. Comm.**
Franklin App. No. 09AP–225, 2009-Ohio-5974.

**2009–2345.   State ex rel. Mays v. Ohio Disposal Sys., Inc.**
Franklin App. No. 09AP–159, 2009-Ohio-6322.

**2009–2359.   State ex rel. Ferguson v. Natl. Mach.**
Franklin App. No. 08AP–902, 2009-Ohio-6193.

**2010–0001.   State ex rel. Starr v. Indus. Comm.**
Franklin App. No. 09AP–267, 2009-Ohio-6568.

**2010–0083.   State ex rel. Rohr v. Indus. Comm.**
Franklin App. No. 09AP–94, 2009-Ohio-6416.

**2010–0115.   Willis Day Warehousing Co. v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2006–M–1794 and 2007–M–868.

**2010–0123.   State ex rel. Smith v. Ohio State Univ. Hosp.**
Franklin App. No. 09AP–214, 2009-Ohio-6661.

**2010–0124.   State ex rel. Dolgencorp, Inc. v. Indus. Comm.**
Franklin App. No. 08AP–1014, 2009-Ohio-6565.

**2010–0187.   State ex rel. Keating v. Skeldon.**
Lucas App. No. L–08–1414, 2009-Ohio-6971.

**2010–0211.   State ex rel. Baker v. Coast to Coast Manpower, L.L.C.**
Franklin App. No. 09AP–287, 2009-Ohio-6663.

**2010–0217.   State ex rel. Cincinnati Enquirer v. Ronan.**
Hamilton App. No. C–090155.